HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.bockmon@fd.org

Attorney for Defendant
CLIFFORD CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:13-mj-00309 CKD |
|---|---|
| Plaintiff, | ) APPLICATION AND ORDER FOR |
| | ) TRANSPORTATION AND SUBSISTENCE |
| vs. | ) PURSUANT TO U.S.C. § 4285 |
| CLIFFORD CAMPBELL, | ) |
| Defendant. | ) |

Defendant, CLIFFORD CAMPBELL, through undersigned counsel, hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Mr. Campbell, is financially unable to provide the necessary transportation from his place of residence in Yuba City, California, to Grand Rapids, Michigan for initial appearance in Case Number 1:12-cr-257 on Monday, October 28, 2013 at 2:00 p.m., before the Honorable Robert Holmes Bell in the United States District Court, Western District of Michigan, Southern Division. Mr. Campbell is to report to the Pretrial Services Office on October 28, 2013 at 1:00 p.m. in Grand Rapids, Michigan.

Accordingly, the defendant Clifford Campbell, requests the Court to direct the United States Marshal to furnish the defendant, Clifford Campbell, with transportation between Sacramento, California and Grand Rapids, Michigan.

1     In the interests of justice the Court is requested to arrange for Clifford Campbell's means of non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required; and, in addition, to direct the United States Marshal to furnish Clifford Campbell with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under Title 5 U.S.C. Section 4285.

Dated: October 16, 2013

                              Respectfully submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender


                              */s/ MATTHEW C. BOCKMON*
                              MATTHEW C. BOCKMON
                              Assistant Federal Defender

                              Attorneys for Defendant
                              CLIFFORD CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CLIFFORD CAMPBELL,<br><br>　　　　　Defendant. | ) Case No. 2:13-mj-00309 CKD<br>)<br>) APPLICATION AND ORDER FOR<br>) TRANSPORTATION AND SUBSISTENCE<br>) PURSUANT TO U.S.C. § 4285<br>)<br>)<br>)<br>)<br>) |

TO:   UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA

　　　GOOD CAUSE APPEARING, it has been determined that defendant, CLIFFORD CAMPBELL, is financially unable to provide the necessary transportation from his place of residence in Yuba City, California to Grand Rapids, Michigan, for initial appearance in Case Number 1:12-cr-257 on Monday, October 28, 2013, at 2:00 p.m., before the Honorable Robert Holmes Bell in the United States District Court, Western District of Michigan, Southern Division.

　　　IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §4285, the United States Marshals Service for the Eastern District of California shall make trip travel arrangements, or furnish transportation expenses, to the above-named defendant for an initial appearance on Monday, October 28, 2013. In addition, the United States Marshal shall furnish Mr. Campbell,

with money for subsistence expenses to his destination, the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code.  Mr. Campbell is financially unable to be in Grand Rapids, Michigan on this date without transportation and subsistence expenses.

Dated:  October 17, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE